**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| KARINA GARCIA<br>V.<br>OASIS LEGAL FINANCE OPERATING COMPANY, LLC.,<br>d/b/a OASIS LEGAL FINANCE, LLC | FILED: SEPTEMBER 2, 2008<br>08CV4973<br>JUDGE NORGLE<br>MAGISTRATE JUDGE BROWN<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, KARINA GARCIA

| NAME (Type or print) |
|---|
| Ylda Marisol Kopka |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Ylda Marisol Kopka |

| FIRM |
|---|
| O'Malley & Madden, P.C. |

| STREET ADDRESS |
|---|
| 542 S. Dearborn Street, Suite 660 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286627 | (312) 697-1382 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐