**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>KARINA GARCIA<br>v.<br>OASIS LEGAL FINANCE OPERATING COMPANY, LLC.,<br>d/b/a OASIS LEGAL FINANCE, LLC | Case Number:<br>FILED: SEPTEMBER 2, 2008<br>08CV4973<br>JUDGE NORGLE<br>MAGISTRATE JUDGE BROWN<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, KARINA GARCIA

| |
|---|
| NAME (Type or print)<br>John P. Madden |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ JOHN P. MADDEN |
| FIRM<br>O'Malley & Madden, P.C. |
| STREET ADDRESS<br>542 S. Dearborn Street, Suite 660 |
| CITY/STATE/ZIP<br>Chicago, IL 60605 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    TELEPHONE NUMBER<br>6243400                                  (312) 697-1382 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |